# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Virginia M. Kendall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6366 | **DATE** | 11/09/07 |
| **CASE TITLE** | Afridi vs. Gonzales et al | | |

**DOCKET ENTRY TEXT**

For the reasons stated on the record, the petition for writ of habeas corpus [1] and emergency request for stay of deportation is dismissed pursuant to 8 U.S.C. 1252(a)(5) because this Court does not have jurisdiction to review the final order of removal.

Docketing to mail

| | Courtroom Deputy Initials: | KW |
|---|---|---|

Case 1:07-cv-06366   Document 5   Filed 11/09/2007   Page 1 of 1

07C6366 Afridi vs. Gonzales et al                                                                                   Page 1 of 1